IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **RAUL SUAREZ HERRERO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-77-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case.  On January 28, 2026, the Court granted in part Raul Suarez Herrero's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) remove him from the United States through lawful means; or (2) release him from custody, under reasonable conditions of supervision.  Jan. 28, 2026, Order 3, ECF No. 4.  Respondents have now informed the Court that, "[o]n February 11, 2026, Petitioner was removed from the United States."  Advisory, ECF No. 5.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Jan. 28, 2026, Order.  Accordingly, **the Clerk shall close the case**.  To the extent Herrero wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED** this 13th day of February, 2026.

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE